IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01042-WYD-CBS

RED ROCK PUBLISHING COMPANY, d/b/a CAMPUS PUBLISHERS,

　　　Plaintiff,

v.

CAMPUS PUBLISHERS CO.,

　　　Defendant.

---

## ORDER OF DISMISSAL

---

In accordance with the Notice of Dismissal Without Prejudice (filed September 18, 2008), it is

ORDERED that this case is **DISMISSED WITHOUT PREJUDICE** pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

　　　Dated: September 18, 2008

　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　s/ Wiley Y. Daniel
　　　　　　　　　　　Wiley Y. Daniel
　　　　　　　　　　　U. S. District Judge